IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELYN DODSON and<br>BEATRICE WILLIS,<br><br>    Plaintiffs,<br>v.<br><br>DAVID BRINTLEY and<br>J. GRADY RANDOLPH, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)    CASE NO. 3:07-cv-25-MEF<br>)<br>)<br>)<br>)<br>) |

## **O R D E R**

Upon consideration of Defendants' Answer (Doc. # 5), filed on January 22, 2007, in which they challenge the jurisdiction of this Court, it is hereby ORDERED that:

1. Plaintiffs shall show cause on or before February 13, 2007 whether the Court has subject matter jurisdiction.

2. Defendant shall respond by February 23, 2007.

DONE this the 30th day of January, 2007.

                                          /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE