IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2007 FEB -2  A 10: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JACQUELYN DODSON and : 
BEATRICE WILLIS :
 :
   Plaintiffs, :
 :
vs. : CIVIL ACTION
 : FILE NO.3:07-CV-25-MEF
DAVID BRINTLEY and :
J. GRADY RANDOLPH, INC. :
 :
   Defendants. :
 :

## MOTION FOR ADMISSION PRO HAC VICE

**COMES NOW,** WILLIAM P. CLAXTON, and hereby moves for Admission for practice before this Honorable Court, ***Pro Hac Vice***, seeking to represent DAVID BRINTLEY and J. GRADY RANDOLPH, INC, Defendants herein, for purposes of the above-referenced case only. Movant shows the Court that he is a 1986 Graduate of Mercer University Law School, is a current member of the State Bar of Georgia, the Tennessee Bar Association and is in good standing before the Georgia Supreme Court, Georgia Court of Appeals, Tennessee Supreme Court, Tennessee Court of Appeals, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Sixth Circuit, as well as the United States District Courts for the

Northern District of Georgia, Middle District of Georgia, Southern District of Georgia, Eastern District of Tennessee and Western District of Tennessee. Movant states that he has previously appeared as Counsel, **Pro Hac Vice**, in the United States District Court for the Northern District of Alabama before the Honorable Sharon L. Blackburn, Chief United States District Judge, and had the pleasure of trying a six day case to a verdict in that Honorable Court.

Movant has attached hereto as Exhibits certificates evidencing his authorized practice of law in Tennessee and Georgia, including his current Certificate of Good Standing from the United States District Court for the Northern District of Georgia. Movant also encloses a fee of $20 with this Motion as required by Local Rule 83.1.

Movant shows that he has obtained of copy of the Rules and Procedures governing the practice of Attorneys appearing before the United States District Court for the Middle District of Alabama and will steadfastly follow same while appearing before this Honorable Court.

Movant respectfully requests that this Court enter an Order permitting his admission, **Pro Hac Vice**, for purposes of representing DAVID BRINTLEY and J. GRADY RANDOLPH, INC, Defendants herein, in this action only.

This 30th day of January, 2007.

CLAXTON & CLAXTON, LLC

_____
WILLIAM P. CLAXTON
Movant, ***Pro Hac Vice***
Attorneys for Defendants

Suite 115
180 Interstate North Parkway
Atlanta, Georgia 30339-5679
770.933.1946
770.933.8455 (Fax)
wclaxton@claxtonclaxtonllc.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party in the foregoing matter with a copy of this DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE to PLAINTIFF'S by via United States Mail - First Class Postage - by addressing an envelope bearing same to :

> Nicholas H. Wooten
> Wooten Law Firm, P.C.
> P.O. Drawer 290
> LaFayette, AL 36862

This 30th day of January, 2007.

WILLIAM P. CLAXTON



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            }
                                    } ss.
NORTHERN DISTRICT OF GEORGIA        }


I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **WILLIAM PAUL CLAXTON, 129320,** was duly admitted to practice in said Court on February 6, 1987 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 25th day of January, 2007.



JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 FEB -2 A 10: 14

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JACQUELYN DODSON and :
BEATRICE WILLIS :
:
:
Plaintiffs, :
:
vs. : CIVIL ACTION
: FILE NO. 3:07-CV-25-MEF
DAVID BRINTLEY and :
J. GRADY RANDOLPH, INC. :
:
Defendants. :
:

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

WILLIAM P. CLAXTON, having made a Motion for Admission for practice before this Honorable Court, *Pro Hac Vice*, seeking to represent DAVID BRINTLEY and J. GRADY RANDOLPH, INC., Defendants herein, for purposes of the above-referenced case only, and the Court finding that Movant is a current member of the State Bar of Georgia, the Tennessee Bar Association and is in good standing before the highest Courts in the States of Georgia and Tennessee, the Motion is hereby *GRANTED*.

This_____ day of _____, 2007.

                                                _____
                                                Judge
                                                United States District Court
                                                Middle District of Alabama

cc:    Nicholas H. Wooten, Esq.
        William P. Claxton, Esq.