**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JACQUELYN DODSON AND BEATRICE WILLIS | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | FILE NO: 3:07-CV-25-MEF |
| DAVID BRINTLEY, J. GRADY RANDOLPH, INC. | ) ) ) | |
| Defendants. | ) | |

## MOTION TO STRIKE OR IN THE ALTERNATIVE MOTION FOR LEAVE TO CONDUCT DISCOVERY ON THE ISSUES OF PERSONAL JURISDICTION AND VENUE

COME NOW the plaintiffs, Jacquelyn Dodson and Beatrice Willis, and move to strike all portions of the defendants' response that do not directly pertain to subject matter jurisdiction. As grounds therefore, the plaintiffs would show that Your Honor directed the parties to address the issue of subject matter jurisdiction in their briefing. The plaintiffs diligently attended to the Court's request. However, the defendants, in their response gave only cursory service to the question before the Court of subject matter jurisdiction before diverging into issues of personal jurisdiction and venue which were not matters before the Court.

If the Court is not inclined to disallow those portions of the defendant's brief not dealing with subject matter jurisdiction, the plaintiff's would request the opportunity to conduct discovery on the issues of personal jurisdiction and venue since since the defendants have previously represented to the plaintiffs and represent to the inquiring public that they do business in Alabama.

Respectfully submitted this the 23rd day of February, 2007.

            /S/ Nick Wooten _____
            Nick Wooten (WOO084)
            Attorney for Plaintiffs

OF COUNSEL:
Wooten Law Firm, P.C.
P.O. Drawer 290
Lafayette, AL 36862
(334)-864-2132
Fax: (334)-864-2133

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel of record for the Parties on this the 23rd day of February 2007 by the following method(s):

[x] U.S. Mail   [ ] Overnight Courier  [ ] Hand-Delivery  [ ] Facsimile

            / s/ Nick Wooten
            OF COUNSEL