IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JACQUELYN DODSON, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | )    CASE NO. 3:07-cv-025-MEF |
| | ) |
| DAVID BRINTLEY, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for William P. Claxton to Appear Pro Hac Vice (Doc. #8) filed on February 2, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 13th day of March, 2007.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE