IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELYN DODSON AND BEATRICE WILLIS )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DAVID BRINTLEY, )<br>J. GRADY RANDOLPH, INC. )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO: 3:07-CV-25-MEF |

## JOINT MOTION TO CONTINUE THE DEADLINES SET FORTH IN THE COURT'S ORDER OF MARCH 21, 2007

Comes now the parties, by and through counsel of record, and jointly move that Your Honor grant the parties a fourteen day extension in which to respond to the Court's Order of March 21, 2007. As grounds therefore, the parties would show as follows:

1. The parties received Your Honor's order on March 21, 2007. At the time of receipt Counsel for the plaintiffs was scheduled to leave the office and did leave his office without returning until the morning of March 27, 2007. Counsel for the plaintiffs was unable to formulate response during that time.

2. Counsel for the defendants was also unavailable due to schedule conflicts to discuss the Court's order with counsel for the plaintiff.

3. After reviewing the Court's Order of March 21, 2007, Counsel for the plaintiff is willing to concede to transfer of the action to a more convenient forum or to dismiss the action for lack of personal jurisdiction, without reaching a merits conclusion of the case.

4.  Because of the schedule conflicts between counsel the parties have not been able to reach an agreement as to an appropriate district for transfer. Plaintiff does not concede that the only proper venue for the action is the Newnan Division for the Northern District of Georgia.

5.  Counsel for the parties seek a 14 day extension of the deadlines set in the Court's Order of March 21, 2007 so that the parties can reach a resolution with respect to a transfer forum.

6.  Counsel for the parties will either file a joint motion for a transfer to an appropriate forum or the plaintiffs will file the pleadings contemplated in the Court's order of March 21, 2007 by April 10, 2007 and the defendants will respond by April 17, 2007.

Done and filed jointly this the 27th day of March 2007.

/s/ Nick Wooten
Counsel for the plaintiffs

Counsel for the defendants