IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| JACQUELYN DODSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:07-cv-025-MEF |
| ) | |
| DAVID BRINTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Joint Motion to Continue the Deadlines Set Forth in the Court's Order of March 21, 2007 (Doc. #15) filed on March 27, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 28th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE