IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELYN DODSON and BEATRICE WILLIS<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BRINTLEY and J. GRADY RANDOLPH, INC.<br><br>Defendants. | CIVIL ACTION<br>FILE NO.3:07-CV-25-MEF |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

COME NOW DAVID BRINTLEY and J. GRADY RANDOLPH, INC., Defendants herein, and file this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 naming the following unnamed corporations, partnerships, joint ventures, and other non-individuals and non-governmental entities which may be related to the parties to actions in the above-styled case as follows:

(1) Deep South Surplus, Inc. - Shreveport, Louisiana;

(2) Clarendon National Insurance Company;

(3) Clarendon America Insurance Company; and

(4) Old American County Mutual Fire Insurance Company.

This 4th day of April, 2007.



CLAXTON & CLAXTON, LLC

WILLIAM P. CLAXTON
*Pro Hac Vice*
Attorney for Defendants

Suite 115
180 Interstate North Parkway
Atlanta, Georgia 30339-5679
770.933.1946
770.933.8455 (Fax)
wclaxton@claxtonclaxtonllc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELYN DODSON and BEATRICE WILLIS : : : Plaintiffs, : : vs. : : : DAVID BRINTLEY and : J. GRADY RANDOLPH, INC., : : Defendants. : : | CIVIL ACTION FILE NO.3:07-CV-25-MEF |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party in the foregoing matter with a copy of this **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** upon all parties with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification to the following attorney:

Nicholas H. Wooten
Wooten Law Firm, P.C.
P.O. Drawer 290
LaFayette, AL 36862

This 4th day of April, 2007.



WILLIAM P. CLAXTON