**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 9, 2007

## NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Dodson et al v. Brintley et al**

**Case Number:    3:07-cv-00025-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 18 corporate disclosure statement  filed on    April 6, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JACQUELYN DODSON and                    :
BEATRICE WILLIS                          :
                                         :
        Plaintiffs,                      :
                                         :
vs.                                      :    CIVIL ACTION
                                         :    FILE NO.3:07-CV-25-MEF
DAVID BRINTLEY and                       :
J. GRADY RANDOLPH, INC.                  :
                                         :
        Defendants.                      :
                                         :

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

COME NOW DAVID BRINTLEY and J. GRADY RANDOLPH, INC.,

Defendants herein, and file this Corporate Disclosure Statement pursuant to Fed. R.

Civ. P. 7.1 naming the following unnamed corporations, partnerships, joint ventures,

and other non-individuals and non-governmental entities which may be related to the

parties to actions in the above-styled case as follows:

(1)   Deep South Surplus, Inc. - Shreveport, Louisiana;

(2)   Clarendon National Insurance Company;

(3)   Clarendon America Insurance Company; and

(4)   Old American County Mutual Fire Insurance Company.

This 4th day of April, 2007.

CLAXTON & CLAXTON, LLC



WILLIAM P. CLAXTON
*Pro Hac Vice*
Attorney for Defendants

Suite 115
180 Interstate North Parkway
Atlanta, Georgia 30339-5679
770.933.1946
770.933.8455 (Fax)
wclaxton@claxtonclaxtonllc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JACQUELYN DODSON and
BEATRICE WILLIS

     Plaintiffs,

vs.

DAVID BRINTLEY and
J. GRADY RANDOLPH, INC.,

     Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION
FILE NO.3:07-CV-25-MEF

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the opposing party in the foregoing

matter with a copy of this **DEFENDANTS' CORPORATE DISCLOSURE**

**STATEMENT** upon all parties with the Clerk of Court using the CM/ECF system

which will automatically send e-mail notification to the following attorney:

Nicholas H. Wooten
Wooten Law Firm, P.C.
P.O. Drawer 290
LaFayette, AL 36862

This 4th day of April, 2007.



WILLIAM P. CLAXTON