IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELYN DODSON AND<br>BEATRICE WILLIS | )<br>) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO: 3:07-CV-25-MEF |
| | ) | |
| DAVID BRINTLEY,<br>J. GRADY RANDOLPH, INC. | )<br>) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Comes now the plaintiff and moves Your Honor to dismiss this action with prejudice on the grounds that the same has been compromised and settled.

Done and filed this the 13th day of April 2007.


 /s/ Nick Wooten       
Counsel for the plaintiffs



### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following counsel of record for the parties on this the 13th day of April, 2007, by the following method(s):  U.S. Mail.

Hon. William P. Claxton
Claxton & Claxton, LLC
Suite 115
180 Interstate North Parkway
Atlanta, GA  30339


                                                          /s/ Nick Wooten_____
                                                          Nicholas H. Wooten