**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 16, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Dodson et al v. Brintley et al

Case Number:   3:07-cv-00025-MEF

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer to include the certificate of serv ice.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 20   filed on   April 13, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELYN DODSON AND BEATRICE WILLIS | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | FILE NO: 3:07-CV-25-MEF |
| DAVID BRINTLEY, J. GRADY RANDOLPH, INC. | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Comes now the plaintiff and moves Your Honor to dismiss this action with prejudice on the grounds that the same has been compromised and settled.

Done and filed this the 13th day of April 2007.


 /s/ Nick Wooten
Counsel for the plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing upon the following counsel of record for the parties on this the 13th day of April, 2007, by the following method(s): U.S. Mail.

Hon. William P. Claxton
Claxton & Claxton, LLC
Suite 115
180 Interstate North Parkway
Atlanta, GA  30339


/s/ Nick Wooten
Nicholas H. Wooten