IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELYN DODSON, et al., | ) |
| | ) |
|     PLAINTIFFS, | ) |
| | ) |
| v. | )   CASE NO. 3:07-cv-25-MEF-SRW |
| | ) |
| DAVID BRINTLEY, et al., | ) |
| | ) |
|     DEFENDANTS. | ) |

# **ORDER**

This cause is before the Court on Plaintiff's Motion to Dismiss with Prejudice (Doc. # 20) filed on April 16, 2007. By this motion, Plaintiffs seek to unilaterally dismiss this action with prejudice because it has settled. For the reasons set forth in this Order, the motion is DENIED.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, a plaintiff may only voluntarily and unilaterally dismiss an action against a defendant prior to the time that defendant files an answer or motion for summary judgment, whichever first occurs. After a defendant files an answer or motion for summary judgment, a plaintiff seeking to dismiss claims against a defendant must file either: a stipulation of dismissal *signed by all parties who have appeared in the action* pursuant to Rule 41(a)(1)(ii) or a motion pursuant to Rule 41(a)(2) which may be granted absent objection from the defendant and which would normally be a dismissal without prejudice.

Here, Plaintiffs attempt to dismiss the action with prejudice by unilaterally filing a

motion to dismiss after the defendants have filed an answer.  Given that this fails to comport with the requirements of Federal Rule of Civil Procedure 41, it is ORDERED that, on or before **April 27, 2007**, Plaintiffs shall file appropriate submissions in accordance with the requirements of Federal Rule of Civil Procedure 41 in the form of either a joint stipulation of dismissal signed by all parties who have appeared in the action or a motion to dismiss without prejudice.

      DONE this the 17th day of April, 2007.

                                            /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE