IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACQUELYN DODSON AND BEATRICE WILLIS ) ) ) Plaintiffs, ) ) vs. ) ) DAVID BRINTLEY, ) J. GRADY RANDOLPH, INC. ) ) Defendants. ) | CIVIL ACTION FILE NO: 3:07-CV-25-MEF |

### STIPULATION TO DISMISS WITH PREJUDICE

It is Hereby Stipulated and Agreed that this Honorable Court shall issue an Order to dismiss this action with prejudice on the grounds that the same has been compromised and settled. The Parties shall bear their respective costs, including any possible Attorney's Fees and other Expenses of this Litigation

Done and filed this the 17th day of April 2007.

/s/ *Nick H. Wooten*
Counsel for the Plaintiffs

Counsel for the Defendants

### CERTIFICATE OF SERVICE

I hereby certify that this Stipulation To Dismiss is jointly filed and that all parties have received a copy of the same.

/s/ *Nick H. Wooten*
Nicholas H. Wooten
Counsel for the Plaintiffs